# Court of Appeals
# of the State of Georgia

ATLANTA,  November 10, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0375.  ROBINSON v. THE STATE.**

The appeal in this case was docketed on September 23, 2016. Appellant's counsel subsequently filed a Suggestion of Death, showing that Appellant passed away on September 26, 2016. Appellant's death rendered his appeal moot. *Dorsey v. State*, 272 Ga. 283 (528 SE2d 257) (2000); *Grogan v. State*, 248 Ga. 312 (283 SE2d 899) (1981); *Buttrum v. State*, 248 Ga. 306 (283 SE2d 899) (1981). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/10/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*